# APRIL 2, 1941

## LEVI ANDERSON v. THE STATE.

No. 21534. Delivered April 2, 1941.

The opinion states the case.

*E. T. Brooks,* of Abilene, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

BEAUCHAMP, Judge.

This prosecution originated in the justice court where a fine of Five Dollars was assessed against appellant for malicious mischief. Upon appeal to the county court the jury assessed a penalty of Fifty Dollars, from which appellant attempts to bring the case to this court on appeal.

This court has no jurisdiction under the record as presented, and the appeal is accordingly dismissed.